IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                      CASE NO.: 4:04-cr-13-SPM/WCS

CARLINE DEMESYEUX,

       Defendant.
_____/

## ORDER DENYING MOTION TO MODIFY UNDER 18 U.S.C. § 3582

This cause comes before the Court on Defendant's motion (doc. 129) to modify sentence under the retroactive crack cocaine amendment (Amendment 750) and 18 U.S.C. § 3582(c).  The Government filed a response in opposition (doc. 130).

Upon review, the Court finds that Defendant is not entitled to a sentence reduction because application of the guideline amendment results in no change to her sentencing range.  Defendant was subject to a statutory mandatory minimum sentence, which also determined her sentencing range.  Because Defendant's sentencing range remains the same under the amended guidelines, she is not eligible for a reduction.  Accordingly, it is

ORDERED AND ADJUDGED that the motion (doc. 129) to modify

1

sentence is denied.

DONE AND ORDERED this 20th day of January, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge